```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DEBORAH BONN,                       :
                                    :
                    Plaintiff,      :
                                    :       08 CIV 00054(VM)
                                    :
          - against -               :
                                    :       ORDER
L-3 COMMUNICATIONS CORPORATION,     :
                                    :
                    Defendant.      :
------------------------------------X
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-08
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiff Deborah Bonn ("Bonn") asserts that she is a resident of Pennsylvania acting as Administrator and Personal Representative of the Estate of decedent Elizabeth Bonn, who was a citizen of Pennsylvania; and defendant L-3 Communications Corporation ("L-3") is a Delaware corporation with a principal place of business in New York, New York. The complaint indicates that the events that gave rise to the action occurred in connection with deadly injuries Elizabeth Bonn sustained allegedly as a result of the crash near Rome, Georgia of an aircraft operated by L-3 and its agents that Elizabeth Bonn boarded in Florida. It therefore appears that in whole or in major part the material events, documents, persons and potential witnesses related to this action are located in a District of Georgia, Florida or Pennsylvania. Accordingly, it is hereby

**ORDERED** that to aid the Court's assessment of whether, for the convenience to the parties and witnesses, in the interest of justice and sound judicial administration, venue for this matter more properly lies in a District of Georgia, Florida or Pennsylvania, the Court directs plaintiff Deborah Bon ("Bonn") to respond by January 16, 2008, in a letter to the Court not to exceed three (3) pages, showing cause why this matter should not be transferred to a District of Georgia, Florida or Pennsylvania pursuant to 28 U.S.C. § 1404(a); and it is further hereby

**ORDERED** that Bonn promptly serve a copy of this Order on defendants L-3 Communications Corporation, through counsel if known, and that defendant may respond by letter not to exceed three (3) pages submitted to the Court by January 18, 2008.

SO ORDERED.

DATED:   NEW YORK, NEW YORK
         10 January 2008

                                    VICTOR MARRERO
                                       U.S.D.J.