

# WOMBLE CARLYLE SANDRIDGE & RICE

A PROFESSIONAL LIMITED LIABILITY COMPANY

One West Fourth Street
Winston-Salem, NC 27101

Telephone: (336)721-3600
Fax: (336) 721-3660
www.wcsr.com

Andrew L. Fitzgerald
Direct Dial: (336) 721-3556
Direct Fax: (336) 726-7004
E-mail: afitzgerald@wcsr.com

## MEMO ENDORSED

January 18, 2008

**VIA FACSIMILE ONLY**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

Honorable Victor Marrero
United States District Court,
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007-1581

    Re:    *Bonn v. L-3 Communications Corp., et al.*
            Civil Action No. 08-CV-0054

Dear Judge Marrero:

    By now you have received a letter from attorney Robert Pierce with our law firm. The defendants in the above-referenced case have retained our law firm. Jack Strauch plans to act as lead counsel, with me assisting as second chair counsel.

    We have notice of the hearing scheduled for January 25, 2008. Mr. Strauch or I would like to attend on behalf of defendants. Unfortunately, Mr. Strauch may not be able to attend, depending on the continued decline of a close friend's health. If he is unable to attend, I am prepared to do so, pending your approval.

    Mr. Strauch and I are not members of the New York State Bar. Additionally, it seems unlikely that we can obtain the necessary paperwork to have a motion for admittance *pro hac vice* considered by January 25. Mr. Strauch and I will both represent to this Court that we are members and in good standing with the North Carolina State Bar and all three Federal District Courts in North Carolina. Additionally, I am a member in good standing of the Virginia State Bar and both Federal District Courts in Virginia. However, obtaining a certificate of good standing will take several days, particularly because of the Martin Luther King, Jr. holiday.

    We therefore respectfully ask that you allow Jack Strauch or I to appear on January 25 to represent the defendants during this Court's consideration of the venue issue. We note that, depending on the result of this Court's ruling, it may never be necessary for Mr. Strauch or I to move for admittance in New York *pro hac vice*. However, if this Court retains this case in New

Hon. Victor Marrero<br>
January 18, 2008<br>
Page 2

York, we assure the Court that we will present it with a motion for admission *pro hac vice* as soon as possible.

Sincerely,

WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*

Andrew L. Fitzgerald

ALF:dtm

cc (via facsimile only) Francis G. Fleming, Esq.

> Request GRANTED. Counsel for Defendants 1-3 Communications may appear at the conference with the Court on 1-25-08 pro hac vice, subject to filing the necessary applications and
> SO ORDERED:
> 1-18-08
> DATE    VICTOR MARRERO, U.S.D.J.

WCSR 3822059v1