```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DEBORAH BONN,                       :
                                    :       08 Civ.0054(VM)
                    Plaintiff,      :
                                    :
     - against -                    :
                                    :
L-3 COMMUNICATIONS, et al.,         :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
TAMMY L. MANSE,                     :
                                    :       08 Civ. 0130 (VM)
                    Plaintiff,      :
                                    :
     - against -                    :
                                    :
L-3 COMMUNICATIONS, et al.,         :
                                    :
                    Defendants.     :
------------------------------------X
------------------------------------X
MICHELE J. DAVIS,                   :
                                    :       08 Civ. 0132 (VM)
                    Plaintiff,      :
                                    :       ORDER
     - against -                    :
                                    :
L-3 COMMUNICATIONS, et al.,         :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the three cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts,

and assert the same or substantially similar causes of action against the same defendants and that the in all the actions the parties are represented by the same counsel.

By Order dated January 10, 2008 the Court also noted that the events that gave rise to the underlying action occurred primarily in Florida or Georgia, and directed plaintiff Deborah Bonn ("Bonn"), a Pennsylvania resident, to show cause why this action should not be transferred to the district of Pennsylvania, Georgia or Florida. Bonn responded by letter dated January 16, 2008, arguing that the case should remain in this District. Defendants, by letter dated January 18, 2008, argued that Georgia was a more appropriate venue. The Court heard the parties' arguments in this regard at a conference on January 25, 2008. On the basis of the parties' submissions and arguments, the Court is persuaded that the case should be transferred to the Northern District of Florida. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the three cases captioned above for all purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 054; and it is

**ORDERED** that the Clerk of Court close the referenced

higher numbered cases, 08 Civ. 130 and 08 Civ. 132 as separate actions and remove them from the Court's docket; and it is

**ORDERED** that the Clerk of Court is directed to transfer the consolidated action (Docket Nos. 08 Civ. 0054, 08 Civ. 130 and 08 Civ. 132) to the Northern District of Florida.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         January 28, 2008

                                   Victor Marrero
                                   U.S.D.J.